**UNITED STATES BANKRUPTY COURT**
**DISTRICT OF NEW JERSEY**
**Marie-Ann Greenberg MAG-1284**
**Marie-Ann Greenberg, Standing Trustee**
**30 TWO BRIDGES ROAD**
**SUITE 330**
**FAIRFIELD, NJ  07004-1550**
**973-227-2840**
**Chapter 13 Standing Trustee**

**IN RE:**

**JANICE POLITE,**                                         **Case No.:  09-18254 RG**

                              **Debtor**

## NOTICE DEPOSITING UNCLAIMED FUNDS
## PURSUANT TO D.N.J. LBR 7067-1

    Marie-Ann Greenberg, Trustee in the above captioned matter, states that the entire amount in the Trustee's Account has been disbursed and that the following funds remain unclaimed. The undersigned shall immediately forward a check to the Court in the amount of $8,752.26, payable to the Clerk, United States Bankruptcy Court. The party entitled to said funds is listed below together with the last known address and other additional information.

Payee Name & Address:      JP MORGAN CHASE BANK NA
                          318 BERGEN BLVD
                          %HUBSCHMAN & ROMAN PC
                          PALISADES PARK, NJ  07650

Amount:                   $8,752.26

Trustee Claim Number:     8

Court Claim Number:       3

Reason:                    Checks have been returned as undeliverable


                                        By:   /S/  Marie-Ann Greenberg
Dated:  May 20, 2014                          MARIE-ANN GREENBERG
                                              CHAPTER 13 STANDING TRUSTEE